IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 23–cv–01299–MDB

MARGARET TERRY,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte*. It has come to the Court's attention that Defendant United States of America has not been served with the Summons and Complaint in this action. (Doc. Nos. 1; 13.) Federal Rule of Civil Procedure 4(m) provides that:

> [i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against the defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Here, Plaintiff initiated this action on May 23, 2023. (Doc. No. 1.) Though the docket indicates service may have been attempted (*see* Doc. No. 9), Plaintiff has not yet successfully effectuated service on Defendant. More than ninety days have now passed since Plaintiff filed her Complaint. (Doc. No. 1.)

    Based on the preceding, it is hereby

2

**ORDERED** that on or before **September 12, 2023**, Plaintiff shall show cause, in writing, as to why this case should not be dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 4(m), for lack of service. If the response is not timely filed, or if Plaintiff fails to show good cause for her failure to serve Defendant, the Court will recommend the dismissal of this action without further notice.

Dated this 22nd day of August, 2023.

**BY THE COURT:**

_____
Maritza Dominguez Braswell
United States Magistrate Judge

2